# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISAEL ROMERO, | Case No. ED CV 20-1716 FMO (SPx) |
| Plaintiff, | |
| v. | **ORDER** |
| L H HERRERA INCOME TAX AND INSURANCE, et al., | |
| Defendants. | |

On December 10, 2020, plaintiff Misael Romero ("plaintiff") filed a Motion to Strike Affirmative Defenses Pursuant to FRCP 12(f) (Dkt. 27, "Motion").  The Motion was set for oral argument on January 14, 2021.  The January 14, 2021, hearing date required defendants to file their Opposition to the Motion no later than December 28, 2020.  See Local Rule 7-9.  Defendants did not file any opposition to plaintiff's Motion.  (See, generally, Dkt.).  Accordingly, the court will vacate the hearing date and grant plaintiff's Motion.  See Local Rule 7-12.

Based on the foregoing, IT IS ORDERED THAT:

1. The hearing set for January 14, 2021, is hereby **vacated**.

2. Plaintiff's Motion to Strike Affirmative Defenses Pursuant to FRCP 12(f) **(Document No. 27)** is **granted** as follows.

3. The third, fourth, fifth, sixth, seventh, eighth, ninth, tenth, eleventh, thirteenth, fourteenth, fifteenth, and sixteenth affirmative defenses are **stricken with leave to amend**.

4. The first, second, twelfth, and seventeenth affirmative defenses are **stricken without leave to amend**.

5. Defendants shall file their First Amended Answer to the Complaint no later than **January 20, 2021**.

6. Pursuant to Local Rule 83-7, defendants' counsel, Stephen F. Lopez, shall, no later than 14 days from the filing date of this Order, pay plaintiff $250 as a sanction for his continued failure to comply with the court's orders and the Local Rules.

Dated this 5th day of January, 2021.

                                            /s/
                              Fernando M. Olguin
                            United States District Judge