UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 20-1716 FMO (SPx) | Date | June 7, 2021 |
|---|---|---|---|
| Title | Misael Romero v. L H Herrerra Income Tax and Insurance, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):  Attorney Present for Defendant(s):
None Present  None Present

**Proceedings:**   (In Chambers) Order Re: Settlement Proceedings

Pursuant to the Court's Order of December 4, 2020, the parties were required to complete a settlement conference before a private mediator no later than June 2, 2021. (See Dkt. 25, Court's Order of December 4, 2020, at 17). If the case settled, the parties were required to file a Notice of Settlement no later than 24 hours after settlement. (See id.). Otherwise, the parties were required to file a Status Report Re: Settlement no later than 48 hours after the settlement conference was complete. (See id.). As of the filing date of this Order, neither a Notice of Settlement nor a Status Report Re: Settlement has been filed. (See, generally, Dkt.). Accordingly, IT IS ORDERED THAT:

1. No later than **June 11, 2021**, each side shall email to the chambers e-mail address (fmo_chambers@cacd.uscourts.gov) a "Notice of Proposed Private Mediators" proposing three candidates to be considered for the appointment of private mediator.[1] The parties shall propose mediators with extensive experience in federal court litigation.

2. Upon receiving each side's proposed mediators, the court will either select a mediator proposed by the parties or one the court believes is the most qualified to mediate the instant case. The court urges the parties in the strongest possible terms to use their best efforts to resolve this case instead of incurring additional legal fees and causing the court to expend its resources on this dispute.

3. The failure of any party or attorney to comply with the requirements of this Order may result in sanctions being imposed.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | vdr |

---

[1] Parties represented by the same counsel may submit only one joint proposal of three candidates.