Ross Cornell, Esq. (SBN 210413)
LAW OFFICES OF ROSS CORNELL, APC
Email: *rc@rosscornelllaw.com*
P.O. Box 1989 #305
Big Bear Lake, CA 92315
Phone: (562) 612-1708

Attorney of Record for Plaintiff,
Misael Romero

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Misael Romero,<br><br>Plaintiff,<br><br>v.<br><br>L H Herrara Income Tax & Insurance, et al.<br><br>Defendants. | Case Number:<br>5:20-cv-01716-FMO-SP<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |

Plaintiff MISAEL ROMERO and Defendants L H HERRARA INCOME TAX & INSURANCE and GJ BROTHERS, LLC hereby stipulate as follows:

1. Plaintiff's entire complaint as to all parties and all causes of action is hereby dismissed *with prejudice*; and

2. The parties shall bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated:  June 7, 2021          By:  /s/ *Ross Cornell*
                                   Ross Cornell, Esq.,
                                   Attorneys for Plaintiff,
                                   MISAEL ROMERO

Dated:  June 7, 2021          By:  /s/ *Stephen F. Lopez*
                                   Stephen F. Lopez, Esq.,
                                   Attorneys for Defendants,
                                   L H HERRARA INCOME TAX &
                                   INSURANCE and GJ BROTHERS,
                                   LLC

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: June 7, 2021     **LAW OFFICES OF ROSS CORNELL, APC**

                         By:  /s/ *Ross Cornell*
                              Ross Cornell, Esq.,
                              Attorneys for Plaintiff